```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/21/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
:
BYRON MILLER II, *et al.*,            :
:
:
Plaintiffs,    :
:            1:25-cv-8596-GHW
-against-         :
:            ORDER
3M COMPANY, *et al.*,                  :
:
Defendants.    :
:
:
------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

This action was removed from the Supreme Court of the State of New York, County of New York, on October 17, 2025. Dkt. No. 1. Pursuant to Fed. R. Civ. P. 81(c)(3), if any party wishes to demand a jury trial in this matter, the demand must be served and filed no later than October 31, 2025. Additionally, counsel for Plaintiffs and all counsel for Defendants who appeared in the state action are directed to promptly file a notice of appearance in this case. Counsel for Defendant 3M Company is directed to serve a copy of this order on Plaintiffs, and to retain proof of service.

SO ORDERED.

Dated: October 21, 2025
       New York, New York

_____
GREGORY H. WOODS
United States District Judge