USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/31/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                 :
BYRON MILLER II, *et al.*,                 :
                                                 :
                                         Plaintiffs,   :
                                                 :                     1:25-cv-8596-GHW
                 -against-                :
                                                 :                            ORDER
3M COMPANY, *et al.*,                     :
                                                 :
                                         Defendants.   :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

       On October 31, 2025, a conditional transfer order was filed, transferring this case to the *In re Aqueous Film-Forming Foams Products Liability* multidistrict litigation. Accordingly, the initial pretrial conference scheduled for February 19, 2026 is adjourned.

       SO ORDERED.

Dated: October 31, 2025
       New York, New York

                                                                           GREGORY H. WOODS
                                                               United States District Judge